IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSITA SIERRA MEDRANO,<br><br>        Petitioner,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | NO. CV-F-08-529 OWW<br>(No. CR-F-0-5237 OWW)<br><br>ORDER DISMISSING PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AS UNTIMELY AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR RESPONDENT |

    By Order filed on May 7, 2008, Petitioner Rosite Sierra Medrano was ordered:

> [T]o file within 30 days of the filing date of this Order an amended Section 2255 motion setting forth the grounds upon which she seeks relief and the facts upon which she relies in contending that her motion is timely filed or that she is entitled to equitable tolling. Failure to timely comply will result in the dismissal of her section 2255 motion as untimely.

    Petitioner has not complied with the May 7, 2008 Order. Petitioner's motion to vacate, set aside or correct sentence

**pursuant to 28 U.S.C. § 2255 is DISMISSED AS UNTIMELY.  The Clerk of the Court is directed to enter JUDGMENT FOR RESPONDENT.**

IT IS SO ORDERED.

**Dated:    June 23, 2008                        /s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE