HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
ROSITA SIERRA-MEDRANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSITA SIERRA-MEDRANO,<br><br>Defendant. | No.  1:03-cr-05237-AWI-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTHONY W. ISHII |

Defendant, ROSITA SIERRA-MEDRANO, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 22, 2005, this Court sentenced Ms. Sierra-Medrano to a term of 168 months imprisonment;

3. Her total offense level was 35, her criminal history category was II, and the resulting guideline range was 188 to 235 months, but she received a downward variance based on the factors set forth in 18 U.S.C. § 3553(a);

4.       The sentencing range applicable to Ms. Sierra-Medrano was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973, with an effective date of any such reduction as of November 1, 2015;

5.       Ms. Sierra-Medrano's total offense level has been reduced from 35 to 33, and her amended guideline range is 151 to 188 months; and,

6.       Accordingly, the parties request the Court enter the order lodged herewith reducing Ms. Sierra-Medrano's term of imprisonment to a total term of 151 months.

Respectfully submitted,

Dated:  January 6, 2015                             Dated:   January 6, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                               Federal Defender


 /s/  Kathleen A. Servatius                           /s/ David M. Porter
KATHLEEN A. SERVATIUS                      DAVID M. PORTER
Assistant U.S. Attorney                               Assistant Federal Defender

Attorney for Plaintiff                                   Attorney for Defendant
UNITED STATES OF AMERICA                ROSITA SIERRA-MEDRANO

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. Sierra-Medrano is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 151 to 188 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2005 is reduced to a term of 151 months, effective as of November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, effective as of November 1, 2015, and shall serve certified copies of the

amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Ms. Sierra-Medrano shall report to the United States Probation Office within seventy-two hours after her release.

IT IS SO ORDERED.

Dated:  January 6, 2015                           _____
                                                  SENIOR DISTRICT JUDGE