AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:03-cr-05237-AWI   Document 250   Filed 01/09/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America <br> v. <br> ROSITA SIERRA-MEDRANO <br><br> Date of Original Judgment: 11/23/2005 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 1:03-cr-05237-001 <br> USM No: <br><br> David M. Porter, FD <br> *Defendant's Attorney* |

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)  `(Corrected date of original judgment)`

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  168  months **is reduced to**  151 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  11/23/2005  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  01/09/2015          /s/ ANTHONY W. ISHII
                                                                                              *Judge's signature*

Effective Date:  11/01/2015       Senior United States District Judge Anthony W. Ishii
*(if different from order date)*                  *Printed name and title*