UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California | **RE:  Rosita Sierra-Medrano**<br>**Docket Number:  0972 1:03CR05237**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Rosita Sierra-Medrano is requesting permission to travel to Mexicali, Baja California, Mexico. Rosita Sierra-Medrano is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 22, 2005, Rosita Sierra-Medrano was sentenced for the offense(s) of Possession of Methamphetamine With the Intent to Distribute.

**Sentence Imposed:**   151 Months Bureau of Prisons (Sentencing Reduction), 60 Months Supervised Release.

**Dates and Mode of Travel:**   February 2, 2016, through February 7, 2016. Traveling in a vehicle.

**Purpose:**  To visit her brother who is ill and near death.

**RE:**   **Rosita Sierra-Medrano**
**Docket Number:  0972 1:03CR05237**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Laura Del Villar

LAURA DEL VILLAR
United States Probation Officer

Dated:   January 20, 2016
Visalia, California

/s/ Lonnie Stockton
**REVIEWED BY:**   LONNIE STOCKTON
Supervising United States Probation Officer

## ORDER OF THE COURT

☒   Approved   ☐   Disapproved

IT IS SO ORDERED.

Dated:   January 20, 2016

SENIOR  DISTRICT  JUDGE