UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Rosita Sierra-Medrano**<br>**Docket Number:  0972 1:03CR05237-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Rosita Sierra-Medrano is requesting permission to travel to Mexicali, Baja California, Mexico. Rosita Sierra-Medrano is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 22, 2005, Rosita Sierra-Medrano was sentenced for the offense of 21 U.S.C. 841(a)(1)- Possession of Methamphetamine With the Intent to Distribute.

**Sentence Imposed:** 151 Months Bureau of Prisons (Sentencing Reduction); 60 Months Supervised Release; Special Assessment; Mandatory Drug Testing. Special Conditions include: Warrantless Search, Financial Disclosure, Drug Testing and Treatment, Report Cellular Phone, Register as a Narcotic Offender, DNA.

**Dates and Mode of Travel:** June 24, 2016, through June 28, 2016. Traveling in a 2001 Mazda (license plate no.: 6N19382) registered to her sister, Estela Sierra-Medrano.

**Purpose:** To visit her brother who is ill and near death.

**RE:**  **Rosita Sierra-Medrano**
**Docket Number:  0972 1:05-07019R-001**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Laura Del Villar

Laura Del Villar
United States Probation Officer

Dated:  June 6, 2016
Visalia, California

/s/ Lonnie E. Stockton

**REVIEWED BY:**  **Lonnie E. Stockton**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved          ☐   Disapproved

IT IS SO ORDERED.

Dated:  June 6, 2016                              _____
                                                                    SENIOR  DISTRICT  JUDGE

2

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX