UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Anthony W. Ishii | **RE:  Sierra-Medrano, Rosita** |
| Senior U.S. District Judge | **Docket Number:  1:03CR05237-001** |
| Fresno, California | **<u>PERMISSION TO TRAVEL</u>** |
| | **<u>OUTSIDE THE COUNTRY</u>** |


Your Honor:


Mrs. Rosita Sierra-Medrano is requesting permission to travel to Mexicali, Baja California, Mexico. Mrs. Sierra-Medrano is current with all supervision obligations, and the probation officer recommends approval be granted.


**Conviction and Sentencing Date:**  On November 22, 2005, Mrs. Sierra-Medrano was sentenced for the offense of 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with the Intent to Distribute.


**Sentence Imposed:**  168 months Bureau of Prisons; 60 months Supervised Release.


**Dates and Mode of Travel:**  She plans to travel from February 24, to February 28, 2017, in a 2001 Mazda bearing license plate 6N19382.


**Purpose:**  To visit her brother who is terminally ill.


1

**RE:**    **Rosita Sierra-Medrano**
           **Docket Number:  1:03CR05237-001**
           <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


Respectfully submitted,

/s/ Laura Del Villar

Laura Del Villar
United States Probation Officer


Dated:    February 6, 2017
          Visalia, California


/s/ Lonnie E. Stockton

**REVIEWED BY:**    **Lonnie E. Stockton**
                   **Supervising United States Probation Officer**


**ORDER OF THE COURT**

☒    Approved    ☐    Disapproved

IT IS SO ORDERED.

Dated:  February 9, 2017

SENIOR  DISTRICT  JUDGE


2