# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | RE: **Rosita Sierra-Medrano**<br>**Docket Number: 0972 1:03CR05237-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Rosita Sierra-Medrano is requesting permission to travel to Mexicali, Baja California, Mexico. Rosita Sierra-Medrano is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 23, 2005, Rosita Sierra-Medrano was sentenced for the offense of 21 USC 841(a)(1) – Possession of Methamphetamine with the Intent to Distribute.

**Sentence Imposed:** 168 months custody in the Bureau of Prisons; 60 months Supervised Release and $100 Special assessment (Paid). On January 9, 2015, an Amended Order for Sentence Reduction was filed reducing the custody term to 151 months custody in the Bureau of Prisons, with all provisions of the original judgment dated November 23, 2005, to remain in effect.

**Dates and Mode of Travel:** Traveling from September 8, 2017, through September 10, 2017. Traveling in own personal vehicle, 2001 Mazda, License Plate# 6N19382.

**Purpose:** To visit sick brother.

**RE: Rosita Sierra-Medrano
Docket Number: 0972 1:03CR05237-001
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated: September 5, 2017
Fresno, California
TDM/rmv

**REVIEWED BY:**     /s/ Brian J. Bedrosian
                           **Brian J. Bedrosian
Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

IT IS SO ORDERED.

Dated: **September 6, 2017**
                                                   Dale A. Drozd
                                               UNITED STATES DISTRICT JUDGE