1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Branch Chief, Fresno Office
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5



FILED

AUG 28 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ EN
        DEPUTY CLERK

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )  Case No. 1:03-cr-05237-AWI-1
12                                   )
              Plaintiff,             )  APPLICATION AND [PROPOSED] Proposed
13                                   )  ORDER APPOINTING COUNSEL
   vs.                               )
14                                   )
   ROSITA SIERRA-MEDRANO, et al.,    )
15                                   )
              Defendants.            )
16                                   )
17  _____ )

18        Defendant, Rosita Sierra-Medrano, through the Federal Defender for the Eastern District

19  of California, hereby requests appointment of counsel for assistance in seeking early termination

20  of her supervised release.

21        Ms. Sierra-Medrano submits the attached Financial Affidavit as evidence of her inability

22  to retain counsel at this time.  On September 13, 2005, Ms. Sierra-Medrano pled guilty to Count

23  2 of the Indictment, namely, a violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 18 U.S.C. § 2

24  ~ Possession of Methamphetamine with Intent to Distribute and Aiding and Abetting (Doc. 180).

25  On November 22, 2005, Ms. Sierra-Medrano was sentenced to 168 months custody, 60 months

26  supervised released, and a $100 special assessment (Doc. 185).  To that end, Ms. Sierra-Medrano

27

28  wishes to seek early termination of her supervised release.

1    Therefore, after reviewing her Financial Affidavit, it is respectfully recommended that

2    counsel be appointed to assist her in this regard.

3

4         DATED: August 28, 2019

5                                              CHARLES J. LEE
                                              Assistant Federal Defender
6                                              Branch Chief, Fresno Office

7

8

9

10                                    **O R D E R**

11        Having satisfied the Court that the defendant is financially unable to retain counsel, the

12   Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

13

14        DATED: August 28, 2019

15                                              HONORABLE BARBARA M. McAULIFFE
                                              UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28