HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
Rosita Sierra-Medrano

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:03-cr-05237-AWI |
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; EXHIBIT; ORDER |
| vs. | |
| ROSITA SIERRA-MEDRANO, | Hon. Anthony W. Ishii |
| Defendant. | |

The defense moves this Court for an order terminating supervised release for the above named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Kathleen Servatius, as well as United States Probation Officer Adrian Garcia, and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants the court power to terminate a term of supervised release at any time after the expiration of one year of supervised release, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice.

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and(B). Under both provisions, no hearing is required here.

On November 22, 2005, Ms. Sierra-Medrano, after having pled guilty to one count of possession with intent to distribute methamphetamine, was sentenced to 168-months in custody followed by a 60-month term of supervised release. (DKT #185) After a change in the drug quantity sentencing guidelines, pursuant to a stipulation by the parties Ms. Sierra-Medrano was resentenced to 151-months and 60-months of supervised release. (DKT #248) Ms. Sierra-Medrano was released from the Bureau of Prisons on October 30, 2015, and is currently on low-risk supervision.

Having completed approximately four of her five years on supervision with no violations and no dirty drug tests, Ms. Sierra-Medrano has also satisfied her financial obligation on this case. Because Ms. Sierra-Medrano has completed all her requirements of her sentence and due to her good conduct while on supervision for an extended period of time, both the currently assigned probation officer and the AUSA on the case do not oppose the early termination request. *See* Exh. A.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Ms. Sierra-Medrano and in the interests of justice.

HEATHER E. WILLIAMS
Federal Defender

DATED: August 30, 2019           /s/ *Charles J. Lee*
                                 CHARLES J. LEE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ROSITA SIERRA-MEDRANO

**O R D E R**

Rosita Sierra-Medrano.is hereby discharged from supervised release, effective immediately, on case 1:03-cr-05237-AWI.

IT IS SO ORDERED.

Dated: August 30, 2019

_____
SENIOR DISTRICT JUDGE